# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Cheri Honeywell, | : | Civil Action No. 1:18-cv-02697 |
| Plaintiff, | : | Judge Dan Polster |
| v. | : | |
| Americas Best Value Inn Cleveland Airport | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cheri Honeywell and Defendant, Americas Best Value Inn Cleveland Airport, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

/s/ Emily White_____
Emily White (0085662)
Marc E. Dann (0039425)
DANNLAW
PO Box 6031040
Cleveland, OH 44103
Phone: 216-373-0539
notices@dannlaw.com

*Counsel for Plaintiff*
Dated: March 12, 2019

/s/ Charles Gruenspan, Esq. via email 3/14/2019
Charles Gruenspan, Esq. (0009852)
cgruenspanlpa@gmail.com
Charles Gruenspan Co., L.P.A.
601 Commerce Park Square Four
Cleveland, OH 44122
Phone: 216-595-6300

*Counsel for Defendant*
Dated: March 14, 2019

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 14, 2019, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

Charles Gruenspan, Esq.
Charles Gruenspan Co., L.P.A.
601 Commerce Park Square Four
Cleveland, OH 44122
cgruenspanlpa@gmail.com

                                                      */s/* Emily White_____
                                                      Emily White (0085662)