## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Cheri Honeywell, | : | Civil Action No. 1:18-cv-02697 |
| | : | |
| Plaintiff, | : | Judge Dan Polster |
| | : | |
| | : | **Approved.** |
| v. | : | **It is SO ORDERED.** |
| | : | **s/*Dan Aaron Polster*** |
| Americas Best Value Inn | | **United States District Judge** |
| Cleveland Airport | : | **March 15, 2019** |
| | : | |
| Defendant. | : | |
| | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cheri Honeywell and Defendant, Americas Best Value Inn Cleveland Airport, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ Emily White_____ | */s/ Charles Gruenspan, Esq. via email 3/14/2019* |
| Emily White (0085662) | Charles Gruenspan, Esq. (0009852) |
| Marc E. Dann (0039425) | cgruenspanlpa@gmail.com |
| DANNLAW | Charles Gruenspan Co., L.P.A. |
| PO Box 6031040 | 601 Commerce Park Square Four |
| Cleveland, OH  44103 | Cleveland, OH 44122 |
| Phone: 216-373-0539 | Phone:  216-595-6300 |
| notices@dannlaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: March 12, 2019 | Dated:  March 14, 2019 |